IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 11-708-1 |
| | : | |
| WILLIAM ANDREWS | : | |
| USM # 51085-066 | : | |

**ORDER**

**AND NOW**, this 16th day of March, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 115 months, effective November 1, 2015.

BY THE COURT:

_____
Mitchell S. Goldberg, J.

Def.
Marshal